No. 02–10932.  CONNER v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–10933.  HARRIS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–10935.  GIVENS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–10936.  FURNISH v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 02–10937.  HARGETT, AKA FOSTER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–10938.  FRAZIER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–10939.  HUSS v. IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 02–10940.  GIPSON v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 02–10941.  WHITE HORSE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–10942.  McCLAIN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–10943.  McCOY v. TEXAS.  Ct. App. Tex., 11th Dist.  Certiorari denied.

No. 02–10944.  ACENCIO-CAMPOS v. UNITED STATES; BARRAZA-CHAVARRIA v. UNITED STATES; CACERES-RIVAS v. UNITED STATES; DE LA FUENTE-DE LA FUENTA v. UNITED STATES; FLORES BURCIAGA, AKA FLORES-BURCIAGA v. UNITED STATES; LAZO v. UNITED STATES; MARTINEZ-HERNANDEZ v. UNITED STATES; and OLVERO-MARTINEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 61 Fed. Appx. 922 (second through eighth judgments) and 923 (first judgment).